# United States Court of Appeals for the Fifth Circuit

No. 22-50051
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 14, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ismael Lira,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:04-CR-722-1

Before Smith, Dennis, and Southwick, *Circuit Judges*.

Per Curiam:[*]

Ismael Lira, federal prisoner #45946-180, appeals the denial of his motion for compassionate release per to 18 U.S.C. § 3582(c)(1)(A)(i) and his motion for reconsideration of the denial. He avers that he has demonstrated extraordinary and compelling reasons for relief and that the factors in

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-50051

18 U.S.C. § 3553(a) favor a reduction in sentence.

The district court's contrary assessment of the § 3553(a) factors is a sufficient basis for its denial of the motions, and this court owes deference to that assessment. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). Lira shows only that he disagrees with how the court weighed the § 3553(a) factors, which is not a sufficient basis for reversal. *See id*. at 694.

AFFIRMED.